IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ANDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>GENERAL MOTORS, LLC, et al.,<br><br>  Defendants. | No. 2:22-CV-0353-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court are the requests, ECF Nos. 25 and 27, by defense counsel to appear telephonically at the scheduling conference set in this matter for July 13, 2022, at 10:00 a.m., before the undersigned in Redding, California.  Good cause appearing therefor based on the distance between counsels' offices in Torrance, California, and Sacramento, California, and the courthouse in Redding, California, the requests are granted.  Defense counsel may arrange their telephonic appearances through CourtCall.

   IT IS SO ORDERED.

Dated:  July 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1