UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ANDERSON,<br><br>   Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC;<br>WMK, INC., dba MOBILITYWORKS;<br>FREEDOM MOBILITY, INC.; and<br>JANE or JOHN DOES 1 through 50, Inclusive,<br><br>   Defendants. | No. 2:22-CV-00353-KJM-DMC<br><br>**ORDER RE STIPULATION TO MODIFY THE SCHEDULING ORDER ISSUED ON JULY 20, 2022** |

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that the parties' stipulation to modify the Scheduling Order dated July 20, 2022 (ECF No. 31) is approved in part and the Scheduling Order is modified as follows:

| Deadline Item | Current Deadline | New Deadline |
|---|---|---|
| Non-expert Discovery Cutoff | August 21, 2023 | December 19, 2023 |

| Initial Disclosure of Expert Reports | October 17, 2023 | February 14, 2024 |
|---|---|---|
| Responsive/Rebuttal Expert Reports | November 15, 2023 | March 14, 2024 |
| Reply Expert Reports | January 9, 2024 | May 8, 2024 |
| Expert Discovery Closes | June 10, 2024 | October 8, 2024 |
| Last day for Dispositive Motions to be heard | October 24, 2024 | February 20, 2025 |

As specified in the Court's July 20, 2022, Scheduling Order, dates for a pre-trial conference and trial will be set by the District Judge at a later stage of the proceeding upon resolution of dispositive motions. The following dates stipulated by the parties are, therefore, **not** approved:

| Deadline Item | Current Deadline[1] | New Deadline |
|---|---|---|
| Last day to file and serve Motions in Limine | January 9, 2025 | May 9, 2025 |
| Last day to file and serve Oppositions to Motions in Limine | February 10, 2025 | June 10, 2025 |
| Pre-Trial/Hearing on Motions in Limine | March 20, 2025 | July 17, 2025 |
| Trial | April 24, 2025 | August 22, 2025 |

---

[1]   The Court has set no current deadlines for the listed items.

The parties have proposed no modification of the date for a scheduling conference, which remains set for July 11, 2024, before the undersigned at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  March 28, 2023

‎    DENNIS M. COTA
‎    UNITED STATES MAGISTRATE JUDGE