UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ANDERSON,<br><br>   Plaintiff,<br><br> vs.<br><br>GENERAL MOTORS, LLC;<br>WMK, INC., dba MOBILITY WORKS;<br>FREEDOM MOBILITY, INC.; and<br>JANE or JOHN DOES 1 through 50,<br>inclusive,<br><br>   Defendants. | Case No.: 2:22-CV-00353-KJM-DMC<br><br>*ACTION FILED: 02/23/22*<br><br>**ORDER ON JOINT NOTICE OF<br>DISMISSAL WITHOUT PREJUDICE** |

  The Joint Notice of Dismissal Without Prejudice is approved, and Defendants FREEDOM MOBILITY, INC. and WMK, INC. dba MOBILITY WORKS are dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

  **IT IS SO ORDERED**.

  Dated:  March 28, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

-1-